**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| J&J SPORTS PRODUCTIONS, INC., | No. C 08-4287 CRB |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |

MARCELINA CORTES a/k/a MARCLINA
CORTEZ, individually and d/b/a EL
CAMINO REAL BAR,

Defendants.
_____/

The Court having granted plaintiff's motion for default judgment by Order filed March 25, 2009, judgment is entered in favor of plaintiff and against Marcelina Cortes, also known as Marclina Cortez, individually and doing business as Camino Real Bar in the total amount of 8,950.75.

**IT IS SO ORDERED.**

Dated: March 25, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE